**Jon Ola McCLURE, Appellant**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 74702.**

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Doc Netterville, IV, Kansas City, MO, for appellant.

Ninion Riley, Jefferson City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Ms. Jon Ola McClure appeals the decision of the Labor and Industrial Relations

Commission denying her request for unemployment compensation benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).